UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILCE MONRROY ARIZA, et al., | Case No. 26-cv-05432-SVK |
| Plaintiffs, | |
| v. | **ORDER OF RECUSAL** |
| UNION PACIFIC RAILROAD COMPANY, et al., | |
| Defendants. | |

This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

**SO ORDERED.**

Dated: June 8, 2026

_____
SUSAN VAN KEULEN
United States Magistrate Judge